

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2018

No. 04-16-00636-CV

Kevin W. **LILES,** Bryan K. Harris, Stuart R. White, James L. Ray and Kyle D. Giacco
Appellants / Cross-Appellees,

v.

Maria Isabel Serna **CONTRERAS** as next friend and guardian of Samara Isabella Morales Serna
and Samantha Isabel Morales Serna, Minor Children
Appellees / Cross-Appellant,

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014CVT001295 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

Sitting:      Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Irene Rios, Justice

The motion for rehearing in this matter was due April 5, 2018. On April 6, 2018, appellants filed an unopposed motion for extension of time, asking for an additional fifteen days in which to file the rehearing. After review, we **GRANT** the motion and **ORDER** appellants to file their motion for rehearing, if any, in this court **on or before, April 20, 2018.**

We **order** the clerk of this court to serve a copy of this order on all counsel.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of April, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court